IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01533-RPM

BOYD ANTONSEN,

        Plaintiff,

v.

JIM McCARTY,
FRISBIE MOVING & STORAGE COMPANY, and
UNITED VAN LINES, LLC,

        Defendants.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Upon review of Defendant United Van Lines, LLC's Response to Order to Show Cause, filed July 27, 2007 [11], it is

ORDERED that the July 23rd, 2007 Order to Show Cause [4] is discharged.

DATED: July 27th, 2007

        BY THE COURT:

        s/ Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge

Dockets.Justia.com