IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01533-RPM

BOYD ANTONSEN,

    Plaintiff,

v.

JIM MCCARTY,
FRISBIE MOVING & STORAGE COMPANY, and
UNITED VAN LINES, LLC

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER

THIS MATTER is before the Court on the Stipulated Motion to Amend Scheduling Order, and after consideration of the same:

THE COURT HEREBY GRANTS the Stipulated Motion to Amend Scheduling Order and ORDERS that the parties have up to and until February 28, 2008 to designate their experts and the parties have up to and until April 15, 2008 to designate any rebuttal experts.

DATED this 17th day of December, 2007.

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      RICHARD P. MATSCH
                      UNITED STATES DISTRICT JUDGE