IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01533-RPM

BOYD ANTONSEN,

    Plaintiff,

v.

JIM MCCARTY,
FRISBIE MOVING & STORAGE COMPANY, and
UNITED VAN LINES, LLC

    Defendants.

**ORDER GRANTING SECOND STIPULATED MOTION TO AMEND SCHEDULING ORDER**

THIS MATTER is before the Court on the Second Stipulated Motion to Amend Scheduling Order [23], and after consideration of the same:

THE COURT HEREBY GRANTS the Stipulated Motion to Amend Scheduling Order and ORDERS that the parties have up to and until March 31, 2008 to designate their experts and the parties have up to and until April 20, 2008 to designate any rebuttal experts.

DATED: February 22nd, 2008.

                              BY THE COURT:

                              s/Richard P. Matsch

                              RICHARD P. MATSCH
                              UNITED STATES DISTRICT JUDGE