IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 1, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

---

Civil Action No. 07-cv-01533-RPM

| | |
|---|---|
| BOYD ANTONSEN, | Angela E. McGraw |
| Plaintiff, | |
| v. | |
| JIM MCCARTY, | Lance E. Shurtleff |
| FRISBIE MOVING & STORAGE COMPANY, and | |
| UNITED VAN LINES, LLC, | |
| Defendants. | |

---

## COURTROOM MINUTES
---

**Hearing on Motion for Protective Order to Modify Subpoenas**

**3:26 p.m.**     **Court in session.**

Court's preliminary remarks.

Mr. Shurtleff answers questions regarding the expertise of defendants's experts and proposed order submitted.

3:27 p.m.     Argument by Ms. McGraw.

**ORDERED:**     Defendants' Motion for Protective Order to Modify Subpoenas, filed September 16, 2008 [37], is granted. Formal order to enter.
Case is scheduled for Calendar Call at 8:30 a.m. December 5, 2008.

Mr. Shurtleff states defendant Frisbee is an independent contractor.

**3:34 p.m.**     **Court in recess.**

Hearing concluded. Total Time: 8 min.