IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01533-RPM

BOYD ANTONSEN,

    Plaintiff,

v.

JIM MCCARTY,
FRISBIE MOVING & STORAGE COMPANY, and
UNITED VAN LINES, LLC

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION
## FOR PROTECTIVE ORDER

THIS MATTER is before the Court on the Motion of Defendants Jim McCarty, Frisbie Moving & Storage Company and United Van Lines, LLC for a Protective Order, and

THE COURT HEREBY GRANTS Defendants' Motion and ORDERS that Defendants' Retained Experts provide the following prior to their depositions:

1.     A copy of their current curriculum vitae or resume;

2.     A list of all other cases in which, during the previous four years, you have testified as an expert at trial or by deposition;

3.     A copy of your current fee and cost schedule for expert testimony, consulting, preparation, record review and/or other services;

4.     Copies of all invoices and bills submitted for services rendered, and for all payments received for your services <u>rendered in this case</u>.

5. The data or other information considered by the witness in forming their opinions <u>in this case</u>.

6. Copies of your complete file, including but not limited to, any personal and/or business notes, records and telephone messages regarding Boyd Antonsen v. Jim McCarty, Frisbie Moving & Storage Company, and United Van Lines, LLC.

7. A complete copy of each and every document provided to you by the Plaintiff, Boyd Antonsen, regarding Defendants.

8. A complete copy of each and every document in your entire file related to the above-mentioned matter.

9. True and complete copies of all documents, records, notes, photographs, maps films, audiotapes, videotapes, CDs, and any and all documentation reviewed by you in conducting your evaluation, <u>in this matter</u>, including, but not limited to reports and other documents that you specifically relied upon in rendering your opinions in this case, any handwritten or typed notes of any kind, and all documents completed by you <u>regarding your evaluation and of and consideration of this claim</u>.

Further, THE COURT ORDERS that Defendants' Retained Experts shall not be required to provide the additional documents or materials demanded by Plaintiff in his subpoena duces tecum.

DATED this 1st day of October, 2008.

BY THE COURT:

s/Richard P. Matsch
_____
RICHARD P. MATSCH
UNITED STATES DISTRICT JUDGE