IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01533-RPM

BOYD ANTONSEN,

    Plaintiff,

v.

JIM MCCARTY,
FRISBIE MOVING & STORAGE COMPANY, and
UNITED VAN LINES, LLC

    Defendants.

**ORDER GRANTING DEFENDANTS' MOTION
FOR LEAVE TO CONDUCT DISCOVERY AFTER DISCOVERY CUTOFF DATE**

Upon consideration of the Motion of Defendants Jim McCarty, Frisbie Moving & Storage Company and United Van Lines, LLC for Leave to Conduct Discovery after the Discovery Cutoff Date [44], filed on November 21, 2008, it is

ORDERED that the motion is granted and Defendants have leave to take the depositions of James Acock, Greg Wright, Phil Smith, Bud Lahman, Plaintiff's current supervisor, and Dr. James Gracey. It is

FURTHER ORDERED that Defendants have leave to file supplemental reports of Ruthe Hannigan and Greg Taylor within fifteen days after the depositions of Bud Lahman and Compression Leasing Services, Inc. are concluded. It is

FURTHER ORDERED that the Calendar Call for December 5, 2008 for this case is vacated and Defendants shall submit a status report regarding the setting of said depositions by December 10, 2008.

DATED this 28th day of November, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
RICHARD P. MATSCH
UNITED STATES DISTRICT JUDGE