IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01533-RPM

BOYD ANTONSEN,

    Plaintiff,

v.

JIM McCARTY,
FRISBIE MOVING & STORAGE COMPANY, and
UNITED VAN LINES, LLC,

    Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

This Court having determined that this case is now ready to be scheduled for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **March 31, 2009, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on March 26, 2009.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: January 22nd 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge