IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01533-RPM

BOYD ANTONSEN,

    Plaintiff,

v.

JIM MCCARTY,
FRISBIE MOVING & STORAGE COMPANY, and
UNITED VAN LINES, LLC

    Defendants.

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulated Motion to Dismiss with Prejudice, filed on June 9, 2009, it is

ORDERED that the parties' Stipulated Motion to Dismiss with Prejudice is GRANTED and that Plaintiff's Complaint, and all claims against Defendants be dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 10th day of June, 2009.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge